UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES LECROY,
individually,

      Plaintiff,                                CASE NO.: 6:19-cv-02125

vs.

JPMORGAN CHASE & CO.,
a Delaware corporation,

      Defendant,
_____/

**PLAINTIFF CHARLES LECROY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Charles LeCroy, by the undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, respectfully submits Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement.

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of the this action including subsidiaries, conglomerates, affiliates, parents corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    a. Charles M. Greene, P.A.
    b. Charles M. Greene, Esquire
    c. Allison G. Edwards, Esquire
    d. JPMorgan Chase & Co.
    e. JPMorgan Securities
    f. The Law Offices of Lisa A. Mathewson, LLC

   g.  Lisa A. Mathewson, Esquire

   h.  Department of the Treasury

   i.  Securities and Exchange Commission

   j.  Jefferson County, Alabama

   k.  Douglass W. MacFaddin

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  None known

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

  N/A

4. The name of each victim (individual or corporate) including every person who may be entitled to restitution:

  N/A

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 6th day of November 2019.

/s/Charles M. Greene
Charles M. Greene
Florida Bar No.: 938963
Allison G. Edwards
Florida Bar No. 159311
**CHARLES M. GREENE, P.A.**
55 East Pine Street
Orlando, Florida 32801
Telephone: (407) 648-1700
Facsimile: (407) 648-0071
E-mail: cmg@cmgpa.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2019, the foregoing document was electronically filed with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel record.

/s/ Charles M. Greene
Charles M. Greene