UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHARLES LECROY,**
individually,

      Plaintiff,                             CASE NO.: 6:19-cv-02125

vs.

**JPMORGAN CHASE & CO.,**
a Delaware corporation,

      **Defendant,**
_____/

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

**X** IS NOT       related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

                                               /s/Charles M. Greene
                                               Charles M. Greene
                                               Florida Bar No.: 938963
                                               Allison G. Edwards
                                               Florida Bar No. 159311
                                               **CHARLES M. GREENE, P.A.**
                                               55 East Pine Street
                                               Orlando, Florida 32801
                                               Telephone: (407) 648-1700
                                               Facsimile: (407) 648-0071
                                               E-mail: cmg@cmgpa.com

                                               *Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 20, 2019, the foregoing document was electronically filed with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel record.

/s/Charles M. Greene
Charles M. Greene