# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Orlando Division

CHARLES LECROY,
individually,

    Plaintiff,

v.                                                     Case No.: 6:19-cv-02125-PGB-DCI

JPMORGAN CHASE & CO.,
a Delaware corporation,

    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED
## PERSONS AND CORPORATE DISCLOSURE STATEMENT

    Defendant, JPMorgan Chase & Co., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, respectfully submits this Certificate of Interested Persons and Corporate Disclosure Statement.

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

        a.    Plaintiff Charles LeCroy

        b.    Defendant JPMorgan Chase & Co.

        c.    J.P. Morgan Securities, LLC

        d.    Homer Bonner Jacobs Ortiz, counsel for Defendants

        e.    Peter W. Homer, counsel for Defendants

      f. Charles M. Greene, P.A.

      g. Charles M. Greene, counsel for Plaintiff

      h. Allison G. Edwards, counsel for Plaintiff

      i. The Law Offices of Lisa A. Mathewson, LLC

      j. Lisa A. Mathewson, Esquire

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Response: None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Response: None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Response: None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: January 6, 2020.

Respectfully submitted:



*Counsel for Defendant JPMorgan Chase & Co.*
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5100
Fax: (305) 372-2738

By: */s/ Peter W. Homer*
      Peter W. Homer
      Email: phomer@homerbonner.com
      Florida Bar No.: 291250

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Peter W. Homer*
Peter W. Homer

**SERVICE LIST**

*Charles LeCroy, individually v.*
*JPMorgan Chase & Co., a Delaware corporation*
**Case No.: 6:19-cv-02125-PGB-DCI**
**United States District Court for the Middle District of Florida**
**Orlando Division**

Charles M. Greene, P.A
55 East Pine Street
Orlando, Florida 32801
Telephone: (407) 648 – 1700
Email: cmg@cmgpa.com

Allison Gail Edwards
55 East Pine Street
Orlando, Florida 32801
Telephone: (407) 648 – 1700
Email: aedwards@cmgpa.com

*Counsel for Plaintiff Charles LeCroy*